No. 328. WAGNER and wife, Appellants, v. DEPARTMENT OF REVENUE, Respondent.

(Also reported in 224 N. W. 2d 216.)

The cause was submitted for the appellants on the brief of *Larry I. Hanson* and *Jenswold, Studt, Hanson, Clark & Kaufmann,* all of Madison; and for the respondent on the brief of *Robert W. Warren,* attorney general, and *Allan P. Hubbard,* assistant attorney general.

Judgment affirmed.